IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BETTY E. ULLMAN, for herself
and other similarly situated,

      Plaintiffs,

vs.                                                                                                         No. CIV 13-0595 JB/RHS

SAFEWAY INSURANCE COMPANY and
RICHARD BAILEY,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order, filed December 31, 2013 (Doc. 16)("MOO"). In the MOO, the Court determined that it does not have subject-matter jurisdiction over this case, and remanded the case to the First Judicial District Court, County of Santa Fe, State of New Mexico for lack of subject-matter jurisdiction. Because the MOO disposes of all issues and claims before the Court, pursuant to rule 58 of the Federal Rules of Civil Procedure, the Court now enters final judgment in this matter.

**IT IS ORDERED** that this case and all Plaintiff Betty Ullman's claims against the Defendants are remanded to the First Judicial District Court, County of Santa Fe, State of New Mexico. The Court enters final judgment in this matter.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Geoffrey R. Romero
Law Offices of Geoffrey R. Romero
Albuquerque, New Mexico

--and--

Erin B. O'Connell
O'Connell Law LLC
Albuquerque, New Mexico

--and--

David A. Freedman
Joseph Goldberg
Vincent J. Ward
Freedman Boyd Hollander Goldberg Urias & Ward, P.A.
Albuquerque, New Mexico

--and--

Matthew L. Garcia
Garcia Ives Nowara LLC
Albuquerque, New Mexico

--and--

Ray M. Vargas, II
Vargas Law Firm, LLC
Albuquerque, New Mexico

  *Attorneys for the Plaintiff*

James H. Johansen
Geoffrey D. White
Butt Thornton & Baehr, P.C.
Albuquerque, New Mexico

  *Attorneys for the Defendant Safeway Insurance Company*